UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>　　　Plaintiff,<br><br>v.<br><br>SHOSHONE DEVELOPMENT CORPORATION, a California Corporation; and Does 1-10,<br><br>　　　Defendants. | **Case No**. 1:14-CV-00811-MCE-EPG<br><br>ORDER TO EXTEND DATE FOR FILING DISPOSITIONAL DOCUMENTS BY 30 DAYS |

　　　Pursuant to the stipulation between Plaintiff RAFAEL ARROYO, JR. ("Plaintiff") and Defendant SHOSHONE DEVELOPMENT CORPORATION, a California Corporation ("Defendant"), the deadline to file the dispositional documents is hereby extended by 30 days. The new deadline to file the dispositional documents will be February 17, 2016.

　　　IT IS SO ORDERED.

Dated:  January 25, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT

1