# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAFAEL ARROYO, JR.,<br><br>    Plaintiff,<br><br>v.<br><br>SHOSHONE DEVELOPMENT CORPORATION, a California Corporation; and Does 1-10,<br><br>    Defendants. | Case: 1:14-CV-00811-MCE-EPG<br><br>**ORDER** |

Pursuant to F.R.CIV.P.41(a)(1), this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 12, 2016

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT